

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  MICHAEL J. WOOD

Firm  COMMUNITY LAWYERS GROUP, LTD

Street Address  20 N. CLARK STREET, SUITE 3100

City/State/Zip Code  CHICAGO, ILLINOIS 60602

Phone Number  (312) 757-1880

Email address  MWOOD@COMMUNITYLAWYERSGR

ARDC (Illinois State Bar members, only)  6315845

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Signature of Attorney                   Date  12/7/18

Rev. 01272016